377 A.2d 184

Commonwealth v. Pietropola, Appellant.

Submitted November 8, 1976. John Regis Valaw, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.